# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **DESMOND DEONDRE SCARBOROUGH #512711** | **CIVIL ACTION NO. 23-cv-1691 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JULIE SASSER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation [Doc. No. 19] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 20] filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 7th day of May, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE